**FILED**
FEB 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ___
I/FP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ___

'08 CV 0446 DMS JMA

| | | |
|---|---|---|
| § | | |
| 1 | United States District Courts | |
| 2 | of Southern District Federal Courts | |
| 3 | 880 Front Street Ste 4290 | |
| 4 | San Diego Ca. 92101-8900. | |
| 5 | Aimees Law & Meems law | |
| 6 | James Lynn Hines. | Motion & complaint |
| 7 | v. | Fed. USCA. § § |
| 8 | Capt. Dan Hagen CCPOA union c/o P.O.A union * | F.R.C.P. 5 (a). |
| 9 | Jaffe Inc. Wilshire Blvd. Los Angeles Ca. | |
| 10 | Tim "Murphy" Dougherty. * | 42 USC § 1983 |
| 11 | Lt. Mcenroe. ccpoa union (POA). * | Tort § 862 |
| 12 | Darlene "Eva" Gonzaga aka "Beaver", Denton (eg) c/o | |
| 13 | Suzie Q. Henderson - Gnstn. c/o * | Medical Malpractice |
| 14 | Maura Cook c/o * | Personal Injury. |
| 15 | I/m Izgriee at Calif coc dept of Corr. * | |
| 16 | Officers c/o Randy Wood * | Calif Med. Assoc. ec |
| 17 | c/o Roxanne Valentine | State to state |
| 18 | Cindy Smith at CDC ADOC union c/o * | Public H.E's Code.B. |
| 19 | Amber Collier - Smith " " c/o * | ARS # 36-339 (c)(3) |
| 20 | Mrs Henderson - Wayner - Stewart c/o | |
| 21 | Ricky Gnston c/o aka J.J. Walker. * | |
| 22 | Sgt. Sietert c/o * | |
| 23 | Vera Atkinson c/o * | |
| 24 | Larry and Pamela Hissong c/o A.V.T.S. ## | |
| 25 | c/o Martinez SSU squad : xs: * | |
| 26 | Ortiz, Ruiz, Alvarez, Eley, Pierson and; | |
| 27 | Hernandez, Longoria, Gallager, Galaza. | |
| 28 | Deacon Henderson - aka Green - Smith (eg). * | |
| 29 | R.N. Irene Zimmerman aka - (I) Mcdonald. | |

§

1. As an legal Interpleader F.R.C.P. 22# Parent of
2. juvenile child advertised on television media by
3. local law enforcement agencies and health care agencies
4. as "Sadie" Oct to Nov 2005 Phoenix County Hospitals
5. (Granddaughter of Linda Sue Pierson Hines a full
6. blood Seminole Indian deceased 1-3-90 approx.
7. Medical Malpractice - aka "Sadie" Living Will circumstances
8. of B'nai B'rith St. Louis Mo.) West Side Pentecostal Temple).
9. Forthwith it is within the statutes applicable
10. to be cognizable on behalf of Federal appellant as
11. incarcerated litigant disabled by dispositive prisoners
12. petition F.R.C.P. 72(b) seeking prohibition of
13. Harassment Orders in a Federal capacity Fed Rule.
14. Civil Proc. 26(c). to be recognized as the natural
15. biological presumed and putative father of missing
16. child, State to State Corcoran SHU IV A yard 6-99;
17. 10-99 and up to date, post 10 to 12-2005.#
18. XIVth Amend. of U.S. const. would allow a
19. Federal custody placement with Simeon or Megans Law
20. as a Native American Indian 42 a/s of 3 Indians
21. mixed Blood. Detained in an adverse situation as a
22. material witness by video and on location in North Park
23. of Defendants Computer Baby Sitting Services and Cleaning
24. Services St. Louis Mo to Brentwood La- to San Diego Ca
25. Plaintiff pending appeal 207 cv 255 Phx Jan men
26. Phoenix Dist. Courts exigent need for appt of counsel
27. due to money damages is sought over $75,000.00 for
28. injuries 28 USC 1332 (a), to obtain witnesses and
29. counsel in defense of a Third (3) Party as an alibi

1  Incidents as Outrageous out and in custody even
2  during a family visit at Corcoran Cailf whereat a
3  Investigatory cause to be expedited on behalf of
4  juvenile child (now approx 18). Defendants Nos
5  18# and 19# Illegal custodians. Grandmother and Aunte.
6  pg. (1). San Diego Cn. Flagstaff Az. St Louis Mo. and
7  Phoenix POA eepon personnel. Yes. w/ priors.
8  42 usc 1983 § 3798 #
9      Example of abuse as: Swimsuit of Kenneth
10 Cole Fashions (1st cousin to plaintiffs Seminole mother)
11 is an issue w/ defendants Nos 8 and 10. esp.
12 42 usc/1983  2050 #
13     Exploitation of a minor Defendants Nos 8 to
14 29.# Abusive exposure to liabilities as supervisors
15 and familial relatives. ecpon POA c/o personnel.
16 seriously and injuriously to enable delinquency.
17 42 usc 1983 § 1457, 1452, 1458, 1459,
18 1460 and 1229. Generally. Custody Investigation.
19 Registration of Abuses. Reporting Required. Statutory
20 Violation (s).
21     Plaintiff is incarcerated for Aggravated Assault
22 and moves now to claim justification as a civil
23 m.d.o. Calif parolee at San Diego County from
24 Atascadero State Hospital Absconded in pursuit of
25 justice w/ ac from Calif State Legislature spokes-
26 person Christine Kehoe. Pending Appeal. End.
27     Rev. 2-13-2008.      James Lynn O'Neal
28     11/28/07          J.L. O'Neal

(3)

1. James Lynn O'Hines 197067
2. ASPC Florence EymanComplex
3. Box 3400 1040 Smail
4. Florence Az  85232.
5.
6.         9th District Federal Courts Southern Dist
7.           Phoenix, Dist. and Central Dist (LA.)
8.            Tri-applicability 28 USC 1332(a).
9.
10. James Lynn O'Hines 197067 #        Imminent Danger Motion:
11.          V.                          Ultra Hazardous Activity Tort
12. Associate Deputy Warden; D.          520, 1977.
13. Carillo, Lt Noriega. (et al)#       Abnormal Dangerous Activity:
14.                                      Title 28 USC §§ 1631 - 1652 #
15.
16.         Imminent Danger Motion U.H.A.T 520 1977#
17.
18. 1. Involves the risk of serious harm to person and/or
19. property: In the course of a protective activity custody/parole
20. "accessory before the fact" identified as supervisors (defendants)
21. State custody self defense of adequate provocations exposes liabilities
22. 2. Cannot be performed without this risk regardless of the
23. precautions taken: Custody supervision in Arizona obstructs due
24. process, denies Liberty Interest, by discriminatory Affirmative Action
25. supervision by minorities and ulterior motive(s) of Administration
26. 3. Does not ordinarily occur in the community: Breach of
27. confidentiality (out of context) California Tarasoff decision, Homicide
28. evidence (Dr. Michael A Jaffe MD) excessive media exposure.
29. 4. Federal Rules of Evidence: 803 (2) present sense impression

1. Federal Rules of Evidence: 1001-1004. Best Evidence Rule.
2. Accessory before the fact: Model penal code § 210.1 (1977)#
3. State v. White NJ. 1984 478 A 2d 641  98 NJ 122
4. Model penal code § 206 annot. (1997). Protected Activity
5. 42 USCA § 2000 (C) (3) (2) In custody on parole from
6. San Diego Ca via Atascadero State Hospital.
7.
8.
9. 5. Application: These Rules govern the procedure in Federal courts
10. as cognizable as (case at law) they shall be construed and
11. administered to secure the just and speedy result of this action.
12. 6. Conclusion: all necessary means and measures have been
13. presented to the courts for discretionary review forthwith in
14. compliance with the rules and regulations for judgement to be
15. rendered Thus conclusion is cognizable on behalf of appellant.
16. Feb. 10th 2008 #        James Lynn O'Hara
17. Signed and dated         pro per / pro se.

Supplement to U.U.A.T. F.20 (1977)

<u>Caution and Extreme Danger</u>: State Custody Supervisors as: Defendants, succinctly with computer programers audio-video - technicians of Parole Community Services Division deny plaintiff a guarantee of safety and security by over familiar associations involving Mason Lodge tactical coordination exercised under color of authority.

<u>Insurance</u>: All state and Geico, claims for liability exposures /or accidents reveal a pattern of: state Dept. of Corrections supervisory deliberate indifference): for police and health care public to private financial gains.

(1) <u>Plaintiffs Damages</u>#: 10-2005 to E.P.R.D. 2-17-10.* Leg wound in custody medical malpractice.

(2) Retro-active: Oct. 2/and 3rd 1985. Involuntary Manslaughter D.U.I. San Diego Ca. Leg wound. (others involved) vehicles. 1985 toyota truck / 76 Buick

(3) October, 7, 2004  D & L Auto collision skull and Arm wounds Hospitalized and arrested. (aggravated assault, self defense)

(4) 5-15-97 R.J. Donovan stabbed in back U.C.S.D. Hospital to 4-30-04 UCSD Hospital surgical removal (of foreign object)

(5) 1989 Blue Insurance Box w/ policy lost/stolen by defendants as: see exhibits: Bivens V. six unknown: St. Louis Mo.

(6) 1988-89 Car accident (stolen car from defendants as over familiar to plaintiff) St. Louis Mo. 2 two autos of defendant w/ property of plaintiff inside stolen car. Impounded St. Louis police and Narcotics Agents.

(7) 1985 December = automated Burglary charge Santa Barbara Ca (Judge Frank Ochoa: special recommendation Transcripts inre: of.)#

(8) Webster Groves Mo. Prudential Vice President Tom Zorumpsky wife Betsy Kowalski (cousin to plaintiff) "Rockingham", address succinctly to Brentwood, Ca. (Jaffe Inc. 4000 Block Wilshire Blvd.) to Rockingham (Webster - Brentwood).

(9) Del Mar, Calif. PCR Rule 32 atty. Kenneth S. Countryman P.C. and Dr. Michael A. Jaffe 1994-96 w/ plaintiff: Evidence telephonic (documentary, letters), knowledge of Atty/client and patient - "communique" "out of context", California Tarasoff decision, due to: (personal pillow-talk), Defendant in possession of letters. Dr. Michael A. Jaffe MD Inc. is a prosecutorial forensic criminal psychiatrist for the county of: San Diego, Los Angeles, St. Louis, Maricopa (Parole & C.S.O).

(10). 1982. Plaintiff at Brentwood Ca. Residence (Defendant observation Parole and C.S.O.)

(11). 1989 A.M.A. medical care optional treatment for St. Louis to Houston Tx. denied for Living Will (B'nai B'rith) Defendant supervised by computer plaintiff.

(12). 2nd Day of arraignment: Marvin Shapiro Atty w/ O.J. Simpson: afternoon to late evening w/ assistance of supervisors as Defendants Parole & C.S.O. transportation of plaintiff w/ 22 spd Mtn. Bike property of Dr. Michael A. Jaffe, truck, van return to Del Mar from Downtown, viewing of c.p. rom video clips (SSU surveillance) revealing crimes of double homicide, people on the scene, and altered evidence as re-make video. Adverse Witness: Adverse Dominion.

custody is predominantly racial orientated, controlled.

(13) From 6-99 and 10-99 Corcoran State prison family visit w/ children, sister Aimee failed to result in plaintiff's hospitalization for L.S.D. flashback: (St. Louis Marconis buy bust CI operation Jason White - Appollo Lewis : L.S.D. Mo. Dept of Corr. c/o Lewis transfer to Coe. SHU to Flo Smith.) 9-12-04 to 10-7-04 child daughter 14 yrs. of age in Phoenix w/ illegal custody supervisors of Flagstaff Az. c/o Cindy Smith, c/o Amber Collier-Smith (MIA) ARS # 36-339 (c) (3) Missing child succinctly concurrent fw: (Jason Hernos self defense in melee.).

(14) Calif. to Az. Rule 11 Competency - for parole violations w/ new term aka Jackson McVay K86984 ARS # 13-3412 F4 as James Lynn Hines 197064 ARS # 13-1204 F.3. (Double jeopardy). (Motions in Limine) # Brady Materials #

(15) On 10-7-04 after a Bicycle purchase, Marconis sales brief case stolen w/w. song lyrics (see No. 6....)

(16) Ipso Facto cases San Diego to Phoenix. 1-4-98 convictions for RJO Infirmary misconduct (but not as pleaded guilty as innocent w/ counsel.) Burdenkirker v. Hayes Sct 1978. Miles v. Dorsey 10th Cir (1985)

(17) 10-7-04 arrested at Good Samaritan Hospital. (Ditto Ipso-Facto)

18) Defendant as Supervisory Parole and C.S.O w/ individual business contract = "Grandmas Cleaning service" St. Louis Mo., and "Baby sitting service" by computer c/o. Ms. Jennifer. Julie Kowolski (twins) w/ c/o Suzie Q. Henderson-Gaston of B'nai B'rith Chesterfield Mo. and Santa Barbara Ca.  (e.g). Maid Hispanic eye wit status = (disinformation) Karo Kalli baby sitting eye wit status = (disinformation.)

19). State custody exposes too great of a risk to plaintiff Reverse Racial Discriminations by Defendant Supervision as censorship and minority Affirmative Action controlled to deny plaintiff (1) access to atty (2) Adversary witness Rule = and call parties civil moo pre - Br. Rule 11 aka contract terms = S.D. County pending civil suit = (Hines V. County 2007-0007.8120. ea- po - CTL). Ad seg lock up orders reveal physical injury after alleged Defendants Investigatory lock down 10-05 to E.P.R.D. 2/17/10. Hospitalized surgical operations Leg and arm (wounded).

20). Exposure to Comparative Disparity discriminations call to Ariz. Hispanic population for unfair and impartial treatment, verse of plaintiff in the averse of legal reprieve.

2/13/2008                         pro/per pro/se = James Lynn O'Meisis

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**  
James Lynn Hines

**DEFENDANTS**  
Hagen, et al

FILED FEB 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ___ ProSe ✓

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**  
James Lynn Hines
SMU II Box 3400
Florence, AZ 85232
ADC# 197067

**ATTORNEYS (IF KNOWN)**

'08 CV 0446 DMS JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff  
☒ 3 Federal Question (U.S. Government Not a Party)  
☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE  2/29/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller