James Lynn Hines
K-86989
Arizona State Prison Camp
Box 3400
Florence, AZ 85232

Returned Mail
No forwarding address
Excess pages discarded
Date  4-1-08

08cv446

# U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 3/11/2008 at 4:19 PM PDT and filed on 3/11/2008
**Case Name:** Hines v. Hagen et al
**Case Number:** 3:08-cv-446
**Filer:**
**WARNING: CASE CLOSED on 03/11/2008**
**Document Number:** 2

**Docket Text:**
ORDER Dismissing Civil Action for Failing to Pay Filing Fee or Move to Proceed in Forma Pauperis pursuant to 28 U.S.C. 1915(a). The Court hereby Dismisses this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP. The Court Grants Plaintiff forty five (45) days leave from the date this Order is "Filed" to: (a) prepay the entire $350 civil filing fee in full; or (b) complete and file a Motion to proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint. If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the attached Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice and without further Order of the Court. Signed by Judge Dana M. Sabraw on 3/11/08. (In Forma Pauperis form sent to Plaintiff).(lao)


**3:08-cv-446 Notice has been electronically mailed to:**

**3:08-cv-446 Notice has been delivered by other means to:**

James Lynn Hines
K-86989
ASPC
Arizona State Prison Camp
Box 3400
Florence, AZ 85232

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/11/2008] [FileNumber=2470531-0
] [6d94f99c2a1e31d9dac97db0a5bb958a9e1abc790bab69ead9c311293eb1db000ec

51c7dc35dbf97b78388998527198f1f1a19b757c266762b2cd8ab1378f288]]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN HINES, CDCR #K-86989, ADC #197067,<br><br>Plaintiff,<br><br>vs.<br><br>CAPT. DAN HAGAN, et al.,<br><br>Defendants. | Civil No. 08-0446 DMS (JMA)<br><br>ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEE OR MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a) |

Plaintiff, an inmate currently incarcerated at the Arizona State Prison Complex in Florence, Arizona, and proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.[1]

## I.

### Failure to Pay Filing Fee or Request IFP Status

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if

---

[1] The Court notes that Plaintiff was a California state inmate. Thus, it is unclear whether Plaintiff is currently a California state inmate housed temporarily in Arizona or he is an inmate within the Arizona State correctional system.

the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Here, Plaintiff has neither prepaid the $350 filing fee required to commence this action, nor has he submitted a Motion to Proceed IFP. Therefore, this action is subject to immediate dismissal pursuant to 28 U.S.C. § 1914(a).

## II.
## Conclusion and Order

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is "Filed" to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR 3.2(b).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis.*" If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the attached Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice and without further Order of the Court.

DATED: March 11, 2008

_____
HON. DANA M. SABRAW
United States District Judge

PLAINTIFF/PETITIONER/MOVANT'S NAME
_____

PRISON NUMBER
_____


PLACE OF CONFINEMENT
_____


ADDRESS

# United States District Court
## Southern District Of California

| | |
|---|---|
| _____,<br>Plaintiff/Petitioner/Movant<br><br>v.<br><br>_____,<br>Defendant/Respondent | Civil No. _____<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>** |

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☐ No     (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?              ☐ Yes ☐ No
   Do you receive any payment from the institution?  ☐ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☐ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☐ No
   c. Pensions, annuities or life insurance             ☐ Yes ☐ No
   d. Disability or workers compensation                ☐ Yes ☐ No
   e. Social Security, disability or other welfare      ☐ Yes ☐ No
   e. Gifts or inheritances                             ☐ Yes ☐ No
   f. Spousal or child support                          ☐ Yes ☐ No
   g. Any other sources                                 ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?    ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☐ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☐ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    _____
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____        _____
DATE                             SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

# PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant_____,

(NAME OF INMATE)

_____,

(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____      _____
DATE                                                          SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

-4-

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____  _____
DATE                                     SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)    5    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

